IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MICHELLE MAY SHIPP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) Civil Action No. 5:12-CV-005-C ) ECF |

## ORDER

Plaintiff appealed an adverse decision of Defendant Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated this 27th day of December, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE